# Third District Court of Appeal

## State of Florida

Opinion filed December 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1873
Lower Tribunal No. 23-24641-CA-01
_____

**Glenn Spradley,**
Appellant,

vs.

**North Shore Medical Center, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Glenn Spradley, in proper person.

Falk, Wass, Solomon, Mendlestein & Davis, P.A., and Jessica M. Hernandez and Khisten S. Vachal-Reese, for appellee.

Before SCALES, C.J., and EMAS and LOGUE, JJ.

PER CURIAM.

Affirmed.